IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | * CRIMINAL NO. 13-2770 |
| GRANT L. KLEIN | * |
| | * 2:13-mj-117-1 |
| Defendant. | * |

*******

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by its attorneys Rod J. Rosenstein, United States Attorney for the District of Maryland and LisaMarie Freitas, Special Assistant United States Attorney, moves this Court for an order sealing the Criminal Complaint, Arrest Warrant and affidavit in the above-captioned matter. Disclosure of the Criminal Complaint before execution of the warrant to arrest the defendant would enable the defendant to evade execution of the warrant and his appearance before the Court.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed** until further order of the Court.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
LisaMarie Freitas
Special Assistant United States Attorney

**ORDERED** as prayed, this 21st day of November 2013

_____
William Connelly, Chief United States Magistrate Judge