My name is Grant Lee Klein, born ▓▓▓▓▓▓▓▓▓▓▓▓ residing at 71 Western Avenue, Number 101, in Brattleboro, Vermont. Earlier today, police officers and FBI agents came to my home and interviewed me about my unlawful downloading and viewing of child pornography. I confessed to them that I was knowingly breaking the law and agreed to take a polygraph exam regarding whether I have ever sexually abused a child. I willingly came to the Brattleboro Police Department to take the exam.

SA McDonald informed me that I failed my polygraph about having sexual contact with children under the age of 17. Before the test, I told Agent McDonald that I once lived with a woman named ▓▓▓▓▓▓▓▓▓▓▓ who had a 2-year-old daughter named ▓▓▓. We lived together East Hampton, New York, for about three weeks or a month. I knew when they moved in that I was sexually attracted to children, but at the time I was not sexually attracted to children that young. I was mildly curious about girls that young, though, and I knew it was a small step for me to take to become sexually attracted to ▓▓▓.

One of the things I did around the house was to check and change ▓▓▓'s diapers. When I checked her diapers, I would stick my hand into her diaper and brush against her vagina with my hand inadvertently as I checked her diaper for wetness. I never penetrated her vagina, but I when I touched ▓▓▓'s vagina I started having sexual thoughts. I would immediately pull my hand away because I was afraid I was starting to enjoy it sexually. I never touched ▓▓▓ in any other inappropriate way. There was no excessive touching, and I do not believe the touching was inappropriate. I did not touch her with the goal of having sexual contact. I stopped doing this because I was afraid of what it might lead to. My intention was to just check to see if her diaper was wet, but I was afraid of what this contact could lead to because I was scared my problem could develop worse, meaning I was scared I might molest ▓▓▓ if I didn't stop.

I have been sexually attracted to children since I was at least 13 years old. I remember touching the vagina of my 9-year-old neighbor ▓▓▓▓▓▓▓▓▓ when I was 13. I had her touch my penis once, just the tip of it, and she laughed. This was when I was living at my parents' house in East Hampton, New York. I remember I was friends with her older brother ▓▓▓▓. I did this with ▓▓▓ on 3 or 4 different occasions.

When I was 23, still living in East Hampton, I found a 16-year-old girl named ▓▓▓▓▓▓▓▓▓▓ on Yahoo Messenger and started a sexual relationship with her. We wanted to get engaged, but she dumped me because I was having major anger issues. I am bi-polar and tend to fly off the handle sometimes. We dated for about 2 years, but we started having sex when she was 16.



GOVERNMENT EXHIBIT 1

I know that these things are wrong, and I desperately want to receive help for the urges I have and my addiction to child pornography. I know that I can't stop this by myself and I would be grateful for any help the police or the FBI can give me. I understand I am not required to make this statement, but I want to demonstrate my willingness to help the FBI with this investigation by admitting what I've done wrong. I am very sorry for the crimes I've committed and would like to take responsibility for them, even if that means going to prison, in order to get the help I need.

I have had the opportunity to review this typewritten statement and add, delete or change anything I chose to. This is my own written statement, which I understand I am not compelled to make.

_____  11/21
Grant Lee Klein    date

Witnessed: _____ 11/21/13
SA Alexander P. McDonald