UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>GRANT KLEIN,<br>    Defendant. | Docket No.  5:13-mj-117 |

## CERTIFICATE OF SERVICE

I, Stacie Brosky, hereby certify that on the 22nd day of November, 2013, I electronically filed **MOTION FOR DETENTION** and **GOVERNMENT'S EXHIBIT 1** with the Clerk of the Court and AUSA Barbara Masterson hand delivered a copy of such filing to defense counsel.

*Stacie Brosky*
Stacie Brosky
Legal Assistant