UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                              )<br>             v.                                           )<br>                                                              )   Case No. 2:13-mj-00117-jmc-1<br>GRANT KLEIN,                                )<br>       Defendant.                             ) | |

NOTICE OF APPEARANCE

    NOW COMES David L. McColgin who hereby enters his appearance for the Office of the Federal Public Defender by and on behalf of the above-named Defendant Mr. Klein.

Dated:    January 9, 2014

                                            MICHAEL L. DESAUTELS
                                            Federal Public Defender


                            By:    /s/ *David L. McColgin*
                                            David L. McColgin
                                            Assistant Federal Public Defender
                                            Office of the Federal Public Defender
                                            126 College Street, Suite 410
                                            Burlington, VT 05401
                                            802-862-6990
                                            Counsel for Mr. Klein

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    v.                              )<br>                                      )     Case No. 2:13-mj-00117-jmc-1<br>GRANT KLEIN,              )<br>     Defendant.                )| |

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2014, I electronically filed a **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following: Barbara A. Masterson, Assistant United States Attorney, United States Attorney's Office via barbara.masterson@usdoj.gov.

MICHAEL L. DESAUTELS
Federal Public Defender


By:     /s/ *Kelly M. Murphy*
KELLY M. MURPHY
Senior Legal Assistant
Office of the Federal Public Defender
126 College St., Ste. 410
Burlington, VT 05401