UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 MAY 16 PM 3: 37

_____
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | Criminal No. 2:14-CR-66 |
| GRANT KLEIN | : | |

### INFORMATION

The United States Attorney charges:

On or about November 21, 2013, in the District of Vermont, GRANT KLEIN, the defendant, knowingly possessed at least one matter which contained visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed, and so shipped and transported, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

(18 U.S.C. § 2252(a)(4)(B))

_Tristram J. Coffin_ (BAM)
TRISTRAM J. COFFIN
United States Attorney

Burlington, Vermont
May 16, 2014