NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No: 2:14-cr-00066-wks-1 |
| GRANT L. KLEIN | |

**TAKE NOTICE** that the above-entitled case has been scheduled at 2:30 p.m. on Tuesday, June 10, 2014, at Burlington, Vermont before the Honorable William K. Sessions III, District Judge, for an Arraignment and Plea to an Information.

**Location: Courtroom 542**              JEFFREY S. EATON, Clerk
**Date of Notice: 5/22/2014**

                                                             By /s/Joanne A. Muir
                                                             Deputy Clerk

**TO:**

Barbara A. Masterson, AUSA

David L. McColgin, AFPD

Anne Pierce, Court Reporter