AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:14-cr-66-1 |
| Grant L. Klein | ) | |
| | ) | |
| *Defendant* | ) | |

```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
     FILED
   6-10-14
BY _____
  DEPUTY CLERK
```

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/10/2014

*Defendant's signature*

*Signature of defendant's attorney*

David L. McColgin, AFPD
*Printed name of defendant's attorney*

*Judge's signature*

William K. Sessions III, U.S. District Judge
*Judge's printed name and title*